IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SOOK YOUNG HONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JANET NAPOLITANO; ALEJANDRO MAYORKAS; DAVID GULICK; ERIC H. HOLDER, JR.,<br><br>　　　　Defendants. | CIVIL NO. 10-00379 SOM-KSC<br><br>FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 29 U.S.C. § 2412 |

FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE
PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS UNDER
THE EQUAL ACCESS TO JUSTICE ACT, 29 U.S.C. § 2412

On May 2, 2011, Plaintiff Sook Young Hong ("Plaintiff") filed a Motion for Attorney Fees and Costs Under the Equal Access to Justice Act, 29 U.S.C. § 2412 ("Motion"). Rule 54.3(b) of the Local Rules of Practice of the U.S. District Court for the District of Hawaii ("Local Rules") required Plaintiff to file a Statement of Consultation within 14 days after the filing of the Motion. Because Plaintiff failed to do so, the Court will not consider the Motion. Local Rule 54.3(b) ("The court will not consider a motion for attorneys' fees and related non-taxable expenses until

moving counsel advises the court in writing that, after consultation, or good faith efforts to consult, the parties are unable to reach an agreement with regard to the fee award or that the moving counsel has made a good faith effort, but has been unable, to arrange such a conference.").

In addition, the Court finds that Plaintiff's submissions do not fully comply with Local Rule 54.3(d).[1] The Court accordingly RECOMMENDS that the district court DENY Plaintiff's Motion for failure to comply with the applicable Local Rules.

Plaintiff is advised that the Court will not consider any future motion for attorneys' fees and costs until she files a Statement of Consultation that complies with Local Rule 54.3(b). Plaintiff is

---

[1] For example, Plaintiff's counsel's time sheets are not organized by litigation phase. See, e.g., id. 54.3(d)(1) (describing the following litigation phases: (A) case development, background investigation and case administration; (B) pleadings; (C) interrogatories, document production and other discovery; (D) depositions; (E) motions practice; (F) attending court hearings; (G) trial preparation and attending trial; and (H) post-trial motions).

cautioned that if the motion does not comply with Local Rule 54.3 and any other applicable rules, the Court has the discretion to deny the motion with prejudice. Local Rule 54.3(g) ("Failure to follow these rules regarding motions for attorneys' fees and/or related non-taxable expenses on more than one occasion in a case may, in the court's sole discretion, result in the denial of such motions with prejudice.").

Based on the foregoing, the Court HEREBY FINDS AND RECOMMENDS that Plaintiff's Motion be DENIED WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, May 17, 2011.




Kevin S.C. Chang
United States Magistrate Judge

CV NO. 10-00379 SOM-KSC; HONG V. NAPOLITANO, ET AL.; FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 29 U.S.C. § 2412