IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SOOK YOUNG HONG,<br><br>        Plaintiff,<br><br>  vs.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security; ALEJANDRO MAYORKAS, Director of the United States Citizenship & Immigration Services; ERIC H. HOLDER, JR., U.S. Attorney General; DAVID GULICK, District Director of United States Citizenship & Immigration Services, Honolulu Office,<br><br>        Defendants.<br>_____ | CV 10-00379 SOM-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 18, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 16, 2011.



       /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Sook Young Hong v. Janet Napolitano; CV 10-00379 SOM-KSC
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION